IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANTHONY GANUS**                                                              **PLAINTIFF**

**VS.**                         **NO. 3:19-CV-00027-BSM**

**GREENE COUNTY, ARKANSAS**                             **DEFENDANT**

### DEFENDANT'S OFFER OF JUDGMENT

Comes now the Defendant, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and offer judgment in the above-styled matter as follows:

1. Upon acceptance of this Rule 68 Offer of Judgment, the Defendant County shall pay to the Plaintiff the sum of $2,500 as damages.

2. If this offer is accepted:

    a. Plaintiff agrees to dismiss, with prejudice, all claims against Greene County, Arkansas, and

    b. the Defendant County agrees to pay, in addition to $2,500 as damages, any reasonable attorney's fees and costs attributable to Plaintiffs' cause of action against the Defendant, as determined by the Court, at the time of the offer (if it cannot be negotiated by the parties to the satisfaction of Plaintiff and his legal counsel).

3. This offer is made for the sole purpose of attempting to settle this matter without resort to further litigation and the matters set forth herein shall not be construed as an admission or stipulation of liability or of any other sort. Per Rule 68, this offer

1

must be accepted within ten (10) days after service of the offer on the Plaintiff or the offer shall be deemed withdrawn and evidence thereof shall not be admissible except as permitted by Rule 68 in any proceeding to determine attorney's fees and costs due Plaintiff as a prevailing party.

Respectfully submitted,

GREENE COUNTY, ARKANSAS, Defendant

Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address: 1023 Main St, Ste 203
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 11th, 2019, I sent the foregoing to the following, via certified mail:

Mr. Joshua Sanford
Ms. Stacy Gibson
Mr. Blake Hoyt
Sanford Law Firm
One Financial Center
650 S. Shackleford, Ste 411
Little Rock, AR 72211

Jason E. Owens

2