IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY GANUS                                                                                    PLAINTIFF

v.                              CASE NO. 3:19-CV-00027 BSM

GREENE COUNTY, ARKANSAS                                                              DEFENDANT

## ORDER

Pursuant to Anthony Ganus's notice of acceptance of defendant Greene County, Arkansas's offer of judgment [Doc. No. 8], the clerk is directed to enter judgment for Ganus and against Greene County in the amount of $2,500. *See* Fed. R. Civ. P. 68.

IT IS SO ORDERED this 11th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE