IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY GANUS                                                                    PLAINTIFF

v.                              CASE NO. 3:19-CV-00027 BSM

GREENE COUNTY, ARKANSAS                                              DEFENDANT

## ORDER

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE