# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANTHONY GANUS                                                                                    PLAINTIFF

v.                              CASE NO. 3:19-CV-00027 BSM

GREENE COUNTY, ARKANSAS                                                              DEFENDANT

## ORDER

Anthony Ganus's motion for reconsideration [Doc. No. 12] is granted. The prior order and judgment [Doc. Nos. 10, 11] are vacated. An amended judgment consistent with Ganus's notice of acceptance of Greene County, Arkansas's offer of judgment [Doc. No. 8] shall issue. In the future, Ganus is advised to move before an order and judgment are entered, rather than after, for particular language to be included; it is his case to litigate and record to make, not mine.

IT IS SO ORDERED this 17th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE