# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANTHONY GANUS**                                                         **PLAINTIFF**

**v.**              **CASE NO. 3:19-CV-00027 BSM**

**GREENE COUNTY, ARKANSAS**                                   **DEFENDANT**

## JUDGMENT

Pursuant to Greene County, Arkansas's offer of judgment and Anthony Ganus's notice of acceptance of offer of judgment [Doc. No. 8], judgment is entered in favor of Ganus and against Greene County in the amount of $2,500, plus reasonable attorney's fees and costs in an amount to be determined by the court upon Ganus's petition.

IT IS SO ORDERED this 17th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE