# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANTHONY GANUS                                                                                   PLAINTIFFS

v.                                     CASE NO. 3:19-CV-00027 BSM

GREENE COUNTY, ARKANSAS                                                          DEFENDANT

## ORDER

Anthony Ganus's motion for attorneys fees and costs [Doc. No. 15] is granted in the amount of $2,500 for fees and $490 for costs. Greene County's motion to strike Ganus's motion for fees and costs [Doc. No. 16] is denied. This is reasonable, given that Greene County offered a judgment four months after it was sued, thus avoiding costly motions practice.

IT IS SO ORDERED this 25th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE